STATE OF CONNECTICUT *v.* ROBERT LEWIS HYDE

The defendant's petition for certification for appeal from the Appellete Court, 11 Conn. App. 809, is denied.

*Robert Lewis Hyde,* pro se, in support of the petition.

*Susann E. Gill,* deputy assistant state's attorney, in opposition.

Decided September 23, 1987

BRIAN J. FOLEY *v.* SOUTHPORT MANOR CONVALESCENT CENTER, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 530, is denied.

*Louis R. Pepe,* in support of the petition.

*Dwight F. Fanton,* in opposition.

Decided September 23, 1987

ALBERT NESBITT *v.* MILDRED E. MULLIGAN, ADMINISTRATRIX (ESTATE OF GEORGE C. MULLIGAN), ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 11 Conn. App. 348, is denied.

*John W. Sitarz,* in support of the petition.

*Paul J. McQuillan,* in opposition.

Decided September 23, 1987

SUSAN FERRUCCI *v.* FRANK FERRUCCI

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 369, is denied.

*Wesley W. Horton,* in support of the petition.

*Susan W. Wolfson,* in opposition.

Decided September 23, 1987